IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS LEE GLEASON,** | 2:19-cv-0621-WBS-EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **M. VOONG, et al.,** | |
| Defendants. | |

   Good cause having been shown, Defendants' request for a 60-day extension of the responsive-pleading deadline is granted. Defendants' responsive pleading is due by August 5, 2020.  The Clerk is directed to terminate ECF No. 23.

Dated:  June 8, 2020.

                                                   _____
                                                   The Honorable Edmund F. Brennan