UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | No. 2:19-cv-0621-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. VOONG, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The United States Marshal has returned process directed to defendant J. Johnson, who plaintiff alleges was employed as a correctional officer at California State Prison, Solano between September 2015 to January 2016. The unexecuted summons states that defendant "J. Johnson" is "unknown" to the California Department of Corrections and Rehabilitation. ECF No. 20.

Rule 4(m) of the Federal Rules of Civil Procedure requires that an action be dismissed as to a defendant not served within 90 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff wishes to pursue this action against defendant Johnson, he must provide new information about how to locate defendant Johnson for service of process. If plaintiff's access to the required information is unreasonably denied or delayed, he may seek judicial intervention.

1

1  Accordingly, it is ORDERED that within 30 days from the date this order is served,
2 plaintiff must submit to the court new instructions/identifying information for service of process
3 on defendant Johnson.  Failure to comply with this order or to show good cause for such failure
4 will result in a recommendation that defendant Johnson be dismissed pursuant to Rule 4(m).
5 Dated:  July 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7          FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| THOMAS LEE GLEASON, JR., | No. 2:19-cv-0621-WBS-EFB P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| M. VOONG, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__      completed USM-285 form

DATED:

                         _____
                         Plaintiff

3