UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | Case No. 2:19-cv-00621-WBS-JDP (PC) |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL AND MOTION FOR COURT INTERVENTION AS MOOT |
| v. | |
| M. VOONG, *et al.*, | ECF Nos. 37, 44 |
| Defendants. | |

Plaintiff moves for a court order that the California Department of Corrections produce records and documents. ECF No. 37. Plaintiff also seeks information to complete service. ECF No. 44. However, plaintiff has already completed another USM-285 form in order to assist the court with service on defendant Johnson, ECF No. 40, and defendant Johnson was served on October 13, 2020. ECF No. 45. Thus, plaintiff's motions, ECF Nos. 37, 44, are denied as moot.

Dated: October 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE