UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, Jr., | No. 2:19-cv-621-WBS-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. VOONG, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 25, 2020, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 26) is granted; and

1

1      3. The following claims are dismissed:
2          a.  Plaintiff's First Amendment claims for interference with mail against
3   defendants Justin, Lee, Moss, Myers, and Williams;
4          b. Plaintiff's retaliation claims against defendants Justin, Myers, Moss and
5   Williams; and
6          c. Plaintiff's claims against Williams, Myers, Moss, and Justin for violating his
7   right to procedural due process under the Fourteenth Amendment.
8   Dated:  November 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE