UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>M. VOONG, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00621-WBS-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>ECF No. 51<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

   On December 16, 2020, defendants filed a motion for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c). ECF No. 51. Disregarding Local Rule 230(l), plaintiff failed to timely file either an opposition or a statement of non-opposition to defendants' motion. Accordingly, on April 7, 2021, plaintiff was ordered to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with the court's local rules. ECF No. 52. He was admonished that if he wished to continue with this case, he must file, within twenty-one days, an opposition or statement of non-opposition to defendants' motion.

   Plaintiff timely filed a response to the order to show cause in which he requests that this action not be dismissed. ECF No. 53. Plaintiff, however, still has not filed a response to defendants' motion for judgment on the pleadings. In light of plaintiff's pro se status, I will grant

him a final opportunity to file a response to defendants' motion for judgment on the pleadings. Should plaintiff again fail to file a response to the pending motion, I will recommend that this action be dismissed for failure to prosecute, failure to comply with court orders, and failure to comply with the court's local rules.

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion to dismiss, ECF No. 51, by no later than May 26, 2021.

2. Defendants' may file a reply to plaintiff's opposition, if any, by no later than June 2, 2021.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: May 4, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE