UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON,<br><br>Plaintiff,<br><br>v.<br><br>M. VOONG, et al.,<br><br>Defendants. | No. 2:19-cv-00621-WBS-JDP (PC)<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2021 are adopted, except for footnote one[1]; and

2. Defendants' motion for judgment on the pleadings, ECF No. 51, is denied.

Dated: October 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In that footnote, the magistrate judge stated that a procedural due process claim remains against defendant Johnson. ECF No. 62 at 1 n.1. The complaint, however, does not assert a due process claim against Johnson. *See* ECF No. 1 at 14; ECF No. 9 at 2-3.